**Robert ANNIS, Respondent,**

v.

**Ed J. BAUMAN, Appellant.**

**No. WD 37044.**

Missouri Court of Appeals,
Western District.

July 22, 1986.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 28, 1986.

Application to Transfer Denied
Oct. 14, 1986.

Jon C. Dods, Dennis R. Dow & Leanne DeShong of Shook, Hardy & Bacon, Kansas City, for appellant.

Dennis G. Muller of Muller & Muller, Kansas City, for respondent.

Before NUGENT, P.J., and SHANGLER and MANFORD, JJ.

### ORDER

PER CURIAM:

Direct appeal from a summary judgment registering a foreign judgment.

Judgment affirmed. Rule 84.16(b).